# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| C.S., | : No. 35 WM 2015 |
| Petitioner | : |
| v. | : |
| J. & B.S. AND J.S. AND HON. J.A.S., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2015, the Application for Exercise of King's Bench Power or Extraordinary Jurisdiction is **DENIED**.